**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**BLEACHER REPORT, INC.**, a Delaware corporation, and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. 3:12-cv-04879-JSW<br><br>**[PROPOSED]** ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

1  Before the Court is the Stipulation for Dismissal with Prejudice Pursuant to Federal
2  Rule of Civil Procedure 41(a)(1)(A)(ii).
3  IT IS HEREBY ORDERED that the above-captioned action and all claims therein
4  are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure
5  41(a)(1)(A)(ii), with each party to bear its own attorney's fees and costs.

8  Dated: January 2, 2013

   The Hon. Jeffrey S. White
   UNITED STATES DISTRICT JUDGE



KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

Case No. 3:12-cv-04879-JSW        1        [PROP.] ORDER GRANTING STIP FOR DISMISSAL WITH PREJUDICE